1  Shawn A. McMillan, Esq., SBN 208529
   THE LAW OFFICES OF SHAWN A. MCMILLLAN, A.P.C.
2  4955 Via Lapiz
   San Diego, California 92122-3910
3  (858) 646-0069 Phone
   (206) 600-4582 Fax
4
   Attorney for Plaintiff
5  ROCK AND ROLL RELIGION, INC.

**FILED**

**08 DEC 18  PH 2: 50**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

6               **UNITED STATES DISTRICT COURT**

7              **SOUTHERN DISTRICT OF CALIFORNIA**

8  ROCK AND ROLL RELIGION, INC., a        Civil No.
9  California corporation
                                          **'08 CV 2347 BEN LSP**
   Plaintiff,
10
                                          **COMPLAINT FOR DECLARATORY**
11                                        **RELIEF**
   v.
12
   CELS ENTERPRISES, INC., a New York
13 corporation; ROBERT GOLDMAN, an        Date:
   individual                             Time:
                                          Dept:
14
                                          Date Action Filed:
15      Defendants,

16 _____

17     COMES NOW PLAINTIFF ROCK AND ROLL RELIGION, INC., AND STATES AND

18 ALLEGES THE FOLLOWING:

19                            **JURISDICTION**

20     1.  This action arises under "The Lanham Act," 15 U.S.C. § 1501 et seq., as hereafter more

21 fully appears.

22                              **VENUE**

23     2.  Defendant CELS Enterprises, Inc. ("CELS") has a substantial business presence in this

24 district in that CELS is headquartered in California and operates a substantial internet website

25 (http://www.chineselaundry.com) through which it conducts business, including the formation of

26 contracts and sale of women's footwear directly to consumers and wholesale customers located in

27 San Diego, California.  Venue is therefore proper pursuant to 28 USC Section 1391(c).

28     3.  Defendant Robert Goldman ("Goldman") founded and operates CELS, through which he

conducts his business, and owns certain trademarks which he licenses to CELS.  Through his

1   company, CELS, Mr. Goldman markets products bearing his trademark "Chinese Laundry" to

2   residents of San Diego, California.  In addition, Mr. Goldman and CELS purposefully avail

3   themselves of the San Diego marketplace in that they market directly to San Diego consumers via

4   their internet website, and through retail distribution located at various malls and shopping centers

5   throughout San Diego County.  This Case arises from defendants' claims regarding the "Chinese

6   Laundry" trademarks.  Venue is therefore properly invoked pursuant to 28 USC Section 1391(c).

7                                          **PARTIES**

8        4.  Plaintiff ROCK AND ROLL RELIGION, INC. is currently and at all times relevant

9   hereto, was a California corporation with its main offices located at 3131 S. Broadway, Los

10  Angeles, CA 90007.

11       5.  Plaintiff is informed and believes and on that basis alleges that CELS Enterprises, Inc., is

12  a New York corporation with its main offices located at 3485 S. La Cienega Blvd., Los Angeles,

13  CA 90016.

14       6.  Plaintiff is informed and believes and on that basis alleges that Robert Goldman is

15  currently and at all times relevant hereto was an individual residing in Los Angeles County,

16  California.

17                               **GENERAL ALLEGATIONS**

18       7.  Plaintiff ROCK AND ROLL RELIGION ("Rock & Roll"), at all times mentioned herein

19  and relevant hereto, maintained and continues to maintain a clothing line and website called

20  "English Laundry."  The site may be viewed at http://www.englishlaundry.com.  Rock & Roll

21  owns, and has continuously owned and used in commerce the "English Laundry" trademark

22  registered with the United States Patent & Trademark Office #2894885, at all relevant times May

23  30, 2004. See attached **Exhibit A**.  The original registration applicant was Defiance USA, Inc.

24  Defiance sold its goods in commerce under the "English Laundry" label since May 30, 2000.  This

25  continued until 2004 at which time it assigned its rights in the mark to Rock & Roll Religion.

26       8.  Rock and Roll has filed for registration of the following trademarks: People's Army by

27  English Laundry, The Chelsea Boot Company by English Laundry, Kings Road London by English

28  Laundry, Washable Shoes by English Laundry, Work Shirt by English Laundry, English Rose by

English Laundry, Clean Laundry by English Laundry, English Laundry Home, and English Heroes

1    by English Laundry. Registration has been applied for two additional "English Laundry" marks in

2    International Class 18, International Class 14, and International Class 3, filed November 26, 2008.

3    See attached **Exhibit B**, incorporated herein by this reference as if set forth in full.

4         9.  On or about November 4, 2008, CELS Enterprises, Inc., and Robert Goldman, through

5    their attorneys sent a letter demanding that plaintiff "cease and desist from the use of any mark

6    containing a 'LAUNDRY' designation" on the basis that "consumers associate the mark

7    LAUNDRY with CELS's goods sold under the "Chinese Laundry" brand. [U.S. Federal

8    Registration Nos. 1,861,027, Reg. No.3,065,149, Reg. No. 3,392,743.] A true and correct copy of

9    said letter is attached hereto as **Exhibit C**.

10        10.  On or about November 24, 2008 Defendants CELS and Robert Goldman filed a Petition

11    for Cancellation with the United States Patent and Trademark Office before the Trademark Trial

12    and Appeal Board seeking, among other things, to cancel Rock & Roll's trademark registration

13    identified as registration number 2894885.  A true and correct copy of said petition is attached

14    hereto as **Exhibit D**, and incorporated herein by reference as if set forth in full.

15        11.  On or about November 24, 2008 Defendants CELS and Robert Goldman filed a

16    formal opposition to Rock & Roll's application to register it People's Army by English Laundry

17    mark with the United States Patent and Trademark Office before the Trademark Trial and Appeal

18    Board.  The challenged application is identified as application number 77425262.  A true and

19    correct copy of said petition is attached hereto as **Exhibit E**, and incorporated herein by reference

20    as if set forth in full.

21        12.  Paragraphs 11 and 12 of the above identified filings (**Exh. D** and **Exh. E**) are

22    virtually identical in effect, i.e. both set forth similar allegations as follows:

23                             **Petition for Cancellation**

24    "¶11.  Respondent's Mark so resembles Petitioners' Marks, and each of them, as to be

25       likely, when used in connection with Respondent's goods, as to cause confusion, or

26       mistake, or deception. Respondent's Mark, therefore, creates a confusingly similar

27       commercial impression.  Thus, consumers will likely believe that Respondent's use of

28       Respondent's Mark in connection  with Respondent's Services is in some way

        associated or connected with or sponsored,  authorized, or warranted by Petitioners.

1    Any objection or fault with Respondent's goods offered  in connection with

2    Respondent's Mark would reflect upon and seriously injure Petitioners' reputation in

3    connection with goods and services offered under Petitioners' Marks.

4

5    ¶12 Petitioners' Marks are famous and were famous before May 30, 2000, the date of

6    first use claimed in Respondent's registration, and long prior to October 20, 2003, the

7    filing date of the application that matured into the '885 Reg. Respondent's Mark so

8    resembles Petitioners'

9    Marks, and each of them, as to be likely, when used in connection with Respondent's

10    goods, as to cause dilution of Petitioners' Marks."

11        It bears note that the Opposition to registration (**Exh. E**) differs in language only to the

12    extent of the identification of parties and marks.

13        13.    The core issues identified in Paragraphs 11 and 12 of the petition and opposition

14    (**Exh D** and **E**) are likely to be used against each and every one of the 13 registered or pending

15    "ENGLISH LAUNDRY" trademarks as depicted in **Exhibit C** hereto, hence a multiplicity of

16    actions to resolve these issues is virtually guaranteed.

17        14.    In their petition and opposition to registration (**Exhs D** and **E**) defendants, and each

18    of them fail to address in any way the existence of other third party "LAUNDRY" trademarks in

19    class 25 for clothing, of which there are at least 46.  See attached **Exhibit F**, incorporated herein by

20    this reference as if set forth in full.

21                        **CLAIM FOR RELIEF**

22                        **(Declaration of Rights)**

23        15.  Plaintiff realleges the allegations contained herein above in paragraphs 1 through 14,

24    and incorporates said allegations herein by reference as if each were set forth in full.

25        16.  A controversy exists based upon Defendants CELS Enterprises, Inc., and Robert

26    Goldman's assertions contained in the "cease and desist" letter and further set forth in the filings

27    presently before the Patent and Trademark Office concerning Plaintiff's right to operate his website

28    and clothing line under the trade name "English Laundry."  Plaintiff denies and controverts each

and every material allegation raised in CELS's "cease and desist" letter dated November 4, 2008,

1  and in the above identified filings (**Exhs D** and **E**).

2       WHEREFORE, plaintiff prays for judgment against defendants CELS Enterprises, Inc., and

3  Robert Goldman as follows:

4       1. That Plaintiff's use of the word "LAUNDRY", "laundry", or "Laundry" in the conduct

5  of its internet website and clothing line is non-infringing upon Defendants' trademarks.

6       2. That the words "LAUNDRY", "laundry", and "Laundry" standing alone are common

7  words not subject to trademark protection;

8       3. That the words "LAUNDRY", "laundry", and "Laundry" have not acquired any

9  secondary meaning in the minds of the general public;

10      4. That Plaintiff's website and clothing line is not likely to be confused by the public with

11  any operated by defendants CELS Enterprises, Inc. and/or Robert Goldman by virtue of Plaintiff's

12  use of "LAUNDRY", "laundry", or "Laundry" with its own registered marks.

13      5. That Plaintiff's use of the words "LAUNDRY", "laundry", and "Laundry" within its

14  trademarks and tradename are protected under the First Amendment to the United States

15  Constitution;

16      6. That Plaintiff's registered marks containing the words "English Laundry" do not infringe

17  the rights of CELS or Goldman;

18      6. For costs of suit herein incurred including the awarding of reasonable attorneys fees

19      incurred as a result of Defendants' bad faith misuse of the claimed "Laundry" mark;

20      7. For such other relief as the court may deem proper.

21  DATED: December 17, 2008 LAW OFFICE OF SHAWN A. McMILLAN, APC

22

23  SHAWN McMILLAN
    Attorney for Plaintiff,
    Rock and Roll Religion, Inc.

24

25

26

27

28

# EXHIBIT A



Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,894,885

Registered Oct. 19, 2004

## TRADEMARK
### PRINCIPAL REGISTER

# ENGLISH LAUNDRY

DEFIANCE USA, INC. (CALIFORNIA CORPORA-
TION)
1326 INDUSTRIAL ST. UNIT 672
LOS ANGELES, CA 90021

FOR: CLOTHING, NAMELY, SHIRTS, IN CLASS
25 (U.S. CLS. 22 AND 39).

FIRST USE 5-30-2000; IN COMMERCE 5-30-2000.

SER. NO. 76-552,590, FILED 10-20-2003.

G. MAYERSCHOFF, EXAMINING ATTORNEY

## NUNC PRO TUNC ASSIGNMENT OF TRADEMARKS

WHEREAS, Defiance USA, Inc., a California corporation, with its business address formerly located at: 1326 Industrial St. Unit 672, Los Angeles California 90021, has adopted, used, and was using and was the owner of the following trademarks registered in the United States Patent and Trademark Office or elsewhere in the World.

| *Trademark* | *Reg. No.* | *Dated* | *Int'l. Class* | *Country* |
|---|---|---|---|---|
| **ENGLISH LAUNDRY** | 2894885 | Oct. 19, 2004 | 25 | **U.S.A.** |
| **ENGLISH LAUNDRY** | 1050470 | Apr. 15, 2005 | 25 | **Australia** |
| **ENGLISH LAUNDRY** | 5105689 | May 30, 2005 | 25,18,14 | **Euro.Comm.** |
| **ENGLISH LAUNDRY** | App# 1319470 | | 25 | **Canada** |

AND WHEREAS, Defiance USA, Inc. transferred numerous assets including such trademark to Rock and Roll Religion, Inc., a California corporation on or about August 10, 2004, together with the goodwill of the business symbolized by such trademark, for good and valuable consideration,

WHEREAS, Rock and Roll Religion, Inc., with its business address at: 3131 South Broadway, Los Angeles, California 90007, is desirous of formally memorializing such transfer of said registered trademarks and all right, title and interest thereto,

NOW THEREFORE, for good and valuable consideration, the receipt of which is hereby acknowledged, said Defiance USA, Inc. hereby makes a *nunc pro tunc* assignment to Rock and Roll Religion, Inc. of all right, title and interest thereto together with the goodwill of the business symbolized by such trademarks as part of the entire business or portion thereof to which such marks pertain, both in the United States and throughout the World.

Signed at Los Angeles, California on May _13_ , 2008

Defiance USA, Inc.

By: _____

Christopher Wicks, President

# EXHIBIT B



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Dec 17 04:07:34 EST 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | Browse Dict | SEARCH OG | PREV LIST | NEXT LIST | IMAGE LIST | BOTTOM | HELP

Logout | *Please logout when you are done to release system resources allocated for you.*

Start | List At: [        ]  OR  Jump | to record: [        ]    **13 Records(s) found (This page: 1 ~ 13)**

Refine Search [(english)[BI] and (laundry)[BI]          ]  Submit

Current Search: S1: (english)[BI] and (laundry)[BI] docs: 13 occ: 29

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 77629359 | | THE CHELSEA BOOT COMPANY BY ENGLISH LAUNDRY | TARR | LIVE |
| 2 | 77622561 | | KINGS ROAD LONDON BY ENGLISH LAUNDRY | TARR | LIVE |
| 3 | 77622500 | | ENGLISH LAUNDRY | TARR | LIVE |
| 4 | 77622464 | | ENGLISH LAUNDRY | TARR | LIVE |
| 5 | 77622420 | | ENGLISH LAUNDRY | TARR | LIVE |
| 6 | 77425262 | | THE PEOPLES ARMY BY ENGLISH LAUNDRY | TARR | LIVE |
| 7 | 77356798 | | WASHABLE SHOES BY ENGLISH LAUNDRY | TARR | LIVE |
| 8 | 77477810 | | WORK SHIRT BY ENGLISH LAUNDRY | TARR | LIVE |
| 9 | 77498998 | | ENGLISH ROSE BY ENGLISH LAUNDRY | TARR | LIVE |
| 10 | 77477808 | | CLEAN LAUNDRY BY ENGLISH LAUNDRY | TARR | LIVE |
| 11 | 77345644 | | ENGLISH LAUNDRY HOME | TARR | LIVE |
| 12 | 77294503 | | ENGLISH HEROES BY ENGLISH LAUNDRY | TARR | LIVE |
| 13 | 76552590 | 2894885 | ENGLISH LAUNDRY | TARR | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | Browse Dict | SEARCH OG | PREV LIST | NEXT LIST | IMAGE LIST | TOP | HELP

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT C

# JMBM | Jeffer Mangels Butler & Marmaro LLP

Rod S. Berman
Direct: (310) 201-3517
Fax: (310) 712-8517
RBerman@jmbm.com

1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
(310) 203-8080  (310) 203-0567 Fax
www.jmbm.com

65488-Rock and Roll Religion

November 4, 2008

**VIA FEDERAL EXPRESS**

Mr. Christopher D. Wicks, President
Rock And Roll Religion, Inc.
3131 S. Broadway
Los Angeles, CA 90007-3812

Re:   Infringement of the LAUNDRY Mark

Dear Mr. Wicks:

We represent CELS Enterprises, Inc. ("CELS") and Robert Goldman ("Goldman"). Mr. Goldman owns numerous marks that include the term LAUNDRY, of which our client CELS is his licensee. Among others, Mr. Goldman own federal registrations or applications for CHINESE LAUNDRY, CL CHINESE LAUNDRY, CL BY LAUNDRY, and LITTLE LAUNDRY, as well as for various design marks incorporating the foregoing. See, for example, United States Federal Registration Nos. 1,861,027, Reg. No. 3,065,149, Reg. No. 3,392,743. Because of the long use of these marks, consumers associate the mark LAUNDRY with our clients and goods sold under the foregoing marks.

Our clients primarily use their LAUNDRY marks in connection with footwear, although the marks are also used in connection with apparel, socks, hosiery, bags, sunglasses, and other accessories. These marks are important assets and represent valuable good will belonging exclusively to Mr. Goldman.

We have recently learned that Rock and Roll Religion is selling clothing, including shirts under the trademark ENGLISH LAUNDRY. Because of the use of the term LAUNDRY and its close association with Mr. Goldman and CELS, ENGLISH LAUNDRY is confusingly similar to our client's LAUNDRY marks. Therefore, it is likely that relevant consumers will believe that ENGLISH LAUNDRY branded goods are somehow associated with our client's LAUNDRY brand, or they may believe that Rock and Roll Religion's ENGLISH LAUNDRY branded goods are licensed by, affiliated with, related to or otherwise sponsored by Mr. Goldman and/or CELS.

Furthermore, since Mr. Goldman maintains no control over the quality of Rock and Roll Religion's goods, to the extent that consumers find fault with ENGLISH LAUNDRY

A Limited Liability Law Partnership Including Professional Corporations  /  Los Angeles • San Francisco
5724261v1

Mr. Christopher D. Wicks, President
Rock And Roll Religion, Inc.
November 4, 2008
Page 2

goods, our client's goodwill will be adversely impacted. At a minimum, our client's marks will be diluted by Rock and Roll Religion's use of ENGLISH LAUNDRY and our client will thereby be injured.

In light of the foregoing, we request that Rock and Roll Religion immediately cease and desist from the use of any mark containing a "LAUNDRY" designation, any variations thereof, and any confusingly similar marks and/or names including, without limitation ENGLISH LAUNDRY. We further request that Rock and Roll Religion agree to permanently refrain from use and registration of ENGLISH LAUNDRY and its variations as a trademark, trade name, service mark, fictitious business name, corporate name, Internet domain name, or in any other manner.

We would like to resolve this matter amicably. Toward that end, we ask that you contact the undersigned within ten (10) days of the date of this letter to confirm that you will agree to comply with our demands. We would also appreciate your use of our firm's reference number in the upper right corner of the first page of this letter when responding to us.

Finally, please note that this letter does not contain a full discussion of the facts and/or law relating to this matter, and that nothing in this letter is intended to be a waiver of any rights or defenses that Mr. Goldman and/or CELS may have at equity or law, all of which are expressly reserved.

We look forward to your reply.

Sincerely,

ROD S. BERMAN of
Jeffer, Mangels, Butler & Marmaro LLP

RXB:amv

JMBM | Jeffer Mangels Butler & Marmaro LLP

# EXHIBIT D



*Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov*

| ESTTA Tracking number: | ESTTA250999 |
|---|---|
| Filing date: | 11/24/2008 |

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

## Petition for Cancellation

Notice is hereby given that the following parties request to cancel indicated registration.

## Petitioner Information

| Name | Cels Enterprises, Inc. | | |
|---|---|---|---|
| Entity | Corporation | Citizenship | New York |
| Address | 3485 South La Cienega Blvd.<br>Los Angeles, CA 90016<br>UNITED STATES | | |

| Name | Mr. Robert L. Goldman | | |
|---|---|---|---|
| Entity | Individual | Citizenship | UNITED STATES |
| Address | 3485 South La Cienega Blvd.<br>Los Angeles, CA 90016<br>UNITED STATES | | |

| Attorney information | Rod S. Berman, Esq.<br>Jeffer, Mangels, Butler & Marmaro LLP<br>1900 Ave. of the Stars, 7th Floor<br>Los Angeles, CA 90067<br>UNITED STATES<br>trademarkdocket@jmbm.com |
|---|---|

## Registration Subject to Cancellation

| Registration No | 2894885 | Registration date | 10/19/2004 |
|---|---|---|---|
| Registrant | ROCK AND ROLL RELIGION, INC.<br>3131 SOUTH BROADWAY<br>LOS ANGELES, CA 90007<br>UNITED STATES | | |

## Goods/Services Subject to Cancellation

Class 025. First Use: 2000/05/30 First Use In Commerce: 2000/05/30
All goods and services in the class are cancelled, namely: clothing, namely, shirts

## Grounds for Cancellation

| Priority and likelihood of confusion | Trademark Act section 2(d) |
|---|---|
| Dilution | Trademark Act section 43(c) |

## Marks Cited by Petitioner as Basis for Cancellation

| U.S. Registration No. | 1861027 | Application Date | 12/17/1993 |
|---|---|---|---|
| Registration Date | 11/01/1994 | Foreign Priority | NONE |

|  |  | Date |  |
|---|---|---|---|
| Word Mark | CHINESE LAUNDRY | | |
| Design Mark | | | |
| Description of Mark | NONE | | |
| Goods/Services | Class 025. First use: First Use: 1983/04/01 First Use In Commerce: 1983/04/01 shoes | | |

| U.S. Registration No. | 3246484 | Application Date | 12/05/2005 |
|---|---|---|---|
| Registration Date | 05/29/2007 | Foreign Priority Date | NONE |
| Word Mark | CHINESE LAUNDRY | | |
| Design Mark | Chinese Laundry | | |
| Description of Mark | NONE | | |
| Goods/Services | Class 018. First use: First Use: 2005/11/01 First Use In Commerce: 2005/11/01 All purpose sport bags; All-purpose athletic bags; All-purpose carrying bags; Cosmetic bags sold empty; Cosmetic cases sold empty; Garment bags for travel; Handbags; Hiking bags; Shopping bags with wheels attached; Shoulder bags; Tote bags; Travel bags | | |

| U.S. Registration No. | 3065149 | Application Date | 06/10/2004 |
|---|---|---|---|
| Registration Date | 03/07/2006 | Foreign Priority Date | NONE |
| Word Mark | CL CHINESE LAUNDRY | | |
| Design Mark | CHINESE LAUNDRY | | |
| Description of Mark | The mark consists of the large stylized letters "CL" behind the mark. | | |
| Goods/Services | Class 009. First use: First Use: 1983/01/04 First Use In Commerce: 1983/01/04 Sunglasses | | |

|  | Class 016. First use: First Use: 1983/01/04 First Use In Commerce: 1983/01/04<br><br>Paper stationery; notebooks, pens, pencils, stationery-type portfolios; letterhead stationery, notepads, envelopes, calendars; desktop accessories, namely, desk calendars, desk file trays, desk stands and holders for pens and pencils; desk top organizers, desk pads<br><br>Class 018. First use: First Use: 1983/01/04 First Use In Commerce: 1983/01/04<br><br>Bags, namely, handbags, purses, coin purses, backpacks, luggage, clutch bags, make-up bags sold empty, carry-on bags, wallets and duffel bags<br><br>Class 021. First use: First Use: 1983/01/04 First Use In Commerce: 1983/01/04<br><br>Lunch boxes<br><br>Class 025. First use: First Use: 1983/01/04 First Use In Commerce: 1983/01/04<br><br>Sportswear, namely, visors, pants, skirts, sweatshirts, shirts, Jeans, T-shirts and tops; intimate apparel, namely, underwear, bras, corsets and panties; hosiery, robes, sleepwear, loungewear |
|---|---|

| U.S. Registration No. | 3392743 | Application Date | 12/04/2003 |
|---|---|---|---|
| Registration Date | 03/04/2008 | Foreign Priority Date | NONE |
| Word Mark | LITTLE LAUNDRY | | |
| Design Mark | Little Laundry | | |
| Description of Mark | NONE | | |
| Goods/Services | Class 014. First use: First Use: 2007/04/30 First Use In Commerce: 2007/04/30<br>Jewelry<br>Class 016. First use: First Use: 2007/04/30 First Use In Commerce: 2007/04/30<br>Notebooks, diaries, stationery, pens, pencils and personal journals<br>Class 018. First use: First Use: 2007/04/30 First Use In Commerce: 2007/04/30<br>Backpacks, school bags and umbrellas<br>Class 025. First use: First Use: 1994/12/31 First Use In Commerce: 1994/12/31<br>Footwear for girls (4 years to 11 years old), and clothing, namely, dresses, pants, jackets, sweatshirts, t-shirts, hats and socks | | |

| U.S. Application No. | 78433461 | Application Date | 06/10/2004 |
|---|---|---|---|
| Registration Date | NONE | Foreign Priority Date | NONE |
| Word Mark | CL BY LAUNDRY | | |
| Design Mark | CL BY LAUNDRY | | |

| Description of Mark | NONE |
|---|---|
| Goods/Services | Class 025. First use: First Use: 2003/04/01 First Use In Commerce: 2003/04/01 Shoes |

| U.S. Application No. | 77352922 | Application Date | 12/14/2007 |
|---|---|---|---|
| Registration Date | NONE | Foreign Priority Date | NONE |
| Word Mark | CHINESE LAUNDRY | | |
| Design Mark |  | | |
| Description of Mark | The mark consists of A design. | | |
| Goods/Services | Class 025. First use: First Use: 2006/08/01 First Use In Commerce: 2007/01/01 Sportswear, namely, shorts, pants, skirts, sweatshirts, shirts, jeans, T-shirts, tops, hosiery, underwear, bras, corsets, panties, intimate apparel, namely, teddies; robes, sleepwear, loungewear; headgear, namely, headwear; and footwear | | |

| U.S. Application No. | 77355712 | Application Date | 12/19/2007 |
|---|---|---|---|
| Registration Date | NONE | Foreign Priority Date | NONE |
| Word Mark | CHINESE LAUNDRY WASH | | |
| Design Mark |  | | |
| Description of Mark | NONE | | |
| Goods/Services | Class 025. First use: First Use: 2007/12/14 First Use In Commerce: 2007/12/17 (Based on Use in Commerce) Footwear(Based on Intent to Use) Hats; T-shirts; Pants; Shirts; Skirts; Shorts | | |

| U.S. Application | 77352911 | Application Date | 12/14/2007 |
|---|---|---|---|

| No. | | | |
|---|---|---|---|
| Registration Date | NONE | Foreign Priority Date | NONE |
| Word Mark | CHINESE LAUNDRY | | |
| Design Mark |  | | |
| Description of Mark | The mark consists of A design. | | |
| Goods/Services | Class 018. First use: First Use: 2006/08/01 First Use In Commerce: 2007/01/01<br><br>Bags, namely, all-purpose carrying handbags; purses; coin-purses; back-packs; luggage; clutches; make-up bags, namely, make-up bags sold empty; carry-ons, namely, carry-on bags; wallets; duffel bags | | |

| U.S. Application No. | 77125609 | Application Date | 03/08/2007 |
|---|---|---|---|
| Registration Date | NONE | Foreign Priority Date | NONE |
| Word Mark | CHINESE LAUNDRY | | |
| Design Mark |  | | |
| Description of Mark | The mark consists of CHINESE LAUNDRY AND HUMMINGBIRD DESIGN. | | |
| Goods/Services | Class 009. First use: First Use: 2005/11/01 First Use In Commerce: 2007/09/01<br>SUNGLASSES | | |

| U.S. Application No. | 77125660 | Application Date | 03/08/2007 |
|---|---|---|---|
| Registration Date | NONE | Foreign Priority Date | NONE |
| Word Mark | CHINESE LAUNDRY | | |
| Design Mark |  | | |
| Description of Mark | The mark consists of CHINESE LAUNDRY AND HUMMINGBIRD DESIGN. | | |
| Goods/Services | Class 025. First use: First Use: 2005/11/01 First Use In Commerce: 2006/02/12 | | |

| | BELTS; CAPS; DRESSES; FOOTWEAR; LEATHER BELTS; PANTS; SHORTS; SKIRTS; SWEAT PANTS; SWEAT SHIRTS; SWEAT SHORTS; T-SHIRTS; TOPS; WRAPS |
|---|---|

| Attachments | 78767079#TMSN.jpeg ( 1 page )( bytes )<br>78433422#TMSN.jpeg ( 1 page )( bytes )<br>78336501#TMSN.jpeg ( 1 page )( bytes )<br>78433461#TMSN.jpeg ( 1 page )( bytes )<br>77352922#TMSN.jpeg ( 1 page )( bytes )<br>77355712#TMSN.jpeg ( 1 page )( bytes )<br>77352911#TMSN.jpeg ( 1 page )( bytes )<br>77125609#TMSN.jpeg ( 1 page )( bytes )<br>77125660#TMSN.gif ( 1 page )( bytes )<br>Petition to Cancel - ENGLISH LAUNDRY.pdf ( 6 pages )(35014 bytes ) |
|---|---|

## Certificate of Service

The undersigned hereby certifies that a copy of this paper has been served upon all parties, at their address record by First Class Mail on this date.

| Signature | /jessica c. bromall/ |
|---|---|
| Name | Jessica C. Bromall, Esq. |
| Date | 11/24/2008 |

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| CELS ENTERPRISES, INC. and ROBERT L. GOLDMAN, <br><br> Petitioners, <br><br> v. <br><br> ROCK AND ROLL RELIGION, INC., <br><br> Respondent. | Cancellation No. _____ <br><br> Registration No. 2,894,885 <br><br> Mark: ENGLISH LAUNDRY <br><br> Date of Registration: October 19, 2004 <br><br><br> Our ref.:  65488-0012 |

## PETITION FOR CANCELLATION

Petitioners Robert L. Goldman ("Goldman"), an individual, and Cels Enterprises, Inc. ("Cels"), a New York corporation, both having a mailing address located at 3485 South La Cienega Blvd., Los Angeles, California 90016 ("Petitioners"), believe that they will be damaged by the continued maintenance on the Principal Register of Registration No. 2,894,885 for the mark ENGLISH LAUNDRY in connection with "clothing, namely, shirts" in International Class 25 (the " '885 Reg."). The '885 Reg. is allegedly owned by Rock and Roll Religion, Inc. ("Respondent"), and Petitioners hereby Petition for cancellation thereof.

As grounds for this Petition, Petitioners allege that:

1.     Goldman is the owner of various trademark registrations and applications for the marks CHINESE LAUNDRY®, CL BY LAUNDRY™, CL CHINESE LAUNDRY®, and LITTLE LAUNDRY® ("Petitioners' Marks") for various goods including apparel, shoes, and accessories. Goldman is the owner and CEO of Cels and Cels is the exclusive licensee of Petitioners' Marks.

2.      Goldman is the owner of record U.S. Reg. No. 1,861,027, for CHINESE LAUNDRY, issued on November 1, 1994, as well as the business and goodwill connected therewith. Petitioners have been using the CHINESE LAUNDRY® mark in commerce in connection with shoes in international class 25, as identified in the aforementioned registration. Goldman's registration is unrevoked and uncancelled.

3.      Goldman is the owner of record of U.S. Reg. No. 3,246,484, for CHINESE LAUNDRY, issued on May 29, 2007, as well as the business and goodwill connected therewith. Petitioners have been using the CHINESE LAUNDRY® mark in commerce in connection with bags in international class 18, as identified in the aforementioned registration. Goldman's registration is unrevoked and uncancelled.

4.      Goldman is the owner of record of U.S. Reg. No. 3,065,149, for CL CHINESE LAUNDRY, issued on March 7, 2006, as well as the business and goodwill connected therewith. Petitioners have been using the CL CHINESE LAUNDRY® mark in commerce in connection with sunglasses in International Class 9, "Paper stationery; notebooks, pens, pencils, stationery-type portfolios; letterhead stationery, notepads, envelopes, calendars; desktop accessories, namely, desk calendars, desk file trays, desk stands and holders for pens and pencils; desk top organizers, desk pads" in International Class 16, bags, in International Class 18, lunch boxes in International Class 21, and "sportswear, namely, visors, pants, skirts, sweatshirts, shirts, Jeans, T-shirts and tops; intimate apparel, namely, underwear, bras, corsets and panties; hosiery, robes, sleepwear, loungewear" in International Class 25, as identified in the aforementioned registration. Goldman's registration is unrevoked and uncancelled.

5.      Cels is the owner of record of U.S. Reg. No. 3,392,743, for LITTLE LAUNDRY, issued on March 4, 2008, as well as the business and goodwill connected therewith. Petitioners

2

have been using the LITTLE LAUNDRY® mark in commerce in connection with jewelry in International Class 14, "Notebooks, diaries, stationery, pens, pencils and personal journals" in Class 16, "Backpacks, school bags and umbrellas" in International Class 18, and "Footwear for girls (4 years to 11 years old), and clothing, namely, dresses, pants, jackets, sweatshirts, t-shirts, hats and socks," in International Class 25, as identified in the aforementioned registration. Cels' registration is unrevoked and uncancelled.

6.      Goldman is the owner of record of U.S. Trademark Application Serial No. 78/433,461 for CL BY LAUNDRY, filed on June 10, 2004, as well as the business and goodwill connected therewith.  Petitioners have been using CL BY LAUNDRY™ mark in commerce in connection with shoes in International Class 25, as identified in the aforementioned Application.

7.      Goldman is also the owner of the following U.S. trademark applications: Serial No. 77/352,922, for the mark CHINESE LAUNDRY & Design, filed on December 14, 2007, for use in connection with apparel, footwear, and headgear in International Class 25; Serial No. 77/355,712, for the mark CHINESE LAUNDRY WASH & Design, filed on December 19, 2007 for apparel, footwear, and headgear in International Class 25; Serial No. 77/352,911, for the mark CHINESE LAUNDRY & Design, filed of December 14, 2007, for use in connection with bags in International Class 18; Serial No. 77/125,609, for the mark CHINESE LAUNDRY (stylized), filed on March 8, 2007, for use in connection with sunglasses in International Class 9; Serial No. 77/125,660, for the mark CHINESE LAUNDRY (stylized), filed on September 11, 2007, for use in connection with belts, apparel, and footwear in International Class 25.

8.      On information and belief, Respondent's principal place of business is located at 110 E. 9th Street C-402, Los Angeles, California 90079.

3

5774108v1

9.    On information and belief, Respondent is the owner of record of the '885 Reg., filed issued on October 19, 2004, for the mark ENGLISH LAUNDRY, for use in connection with "clothing, namely, shirts" in International Class 25.

10.    Since long prior to May 30, 2005, the first use date claimed in Respondent's registration, and long prior to October 20, 2003, the filing date of the application that matured into the '885 Reg., Petitioners have widely advertised and promoted each of its marks identified above in connection with its goods and services with the result that Petitioners' Marks have become well known and associated with Petitioners in the United States. Because of these efforts, and by virtue of the excellence and success of the goods and services offered and provided by Petitioners under Petitioners' Marks, Petitioners have built up a valuable reputation and tremendous goodwill in Petitioners' Marks, which goodwill belongs exclusively to Petitioners.

11.    Respondent's Mark so resembles Petitioners' Marks, and each of them, as to be likely, when used in connection with Respondent's goods, as to cause confusion, or mistake, or deception. Respondent's Mark, therefore, creates a confusingly similar commercial impression. Thus, consumers will likely believe that Respondent's use of Respondent's Mark in connection with Respondent's Services is in some way associated or connected with or sponsored, authorized, or warranted by Petitioners. Any objection or fault with Respondent's goods offered in connection with Respondent's Mark would reflect upon and seriously injure Petitioners' reputation in connection with goods and services offered under Petitioners' Marks.

12.    Petitioners' Marks are famous and were famous before May 30, 2000, the date of first use claimed in Respondent's registration, and long prior to October 20, 2003, the filing date of the application that matured into the '885 Reg. Respondent's Mark so resembles Petitioners'

4

Marks, and each of them, as to be likely, when used in connection with Respondent's goods, as to cause dilution of Petitioners' Marks.

13.     Respondent's '885 Reg. grants it at least a prima facie exclusive right to use of the mark ENGLISH LAUNDRY, which Petitioners contend is confusingly similar to Petitioners' Marks, and each of them.  Such registration would be a source of damage and injury to Petitioners.

14.     WHEREFORE, in accordance with Section 13 of the Trademark Act (15 U.S.C. § 1063), Petitioners pray that this Petition be sustained and that Reg. No. 2,894,885 be cancelled.

Respectfully submitted,

Dated:   November 24, 2008          By: /s/ JESSICA C. BROMALL
                                        Rod S. Berman
                                        Jessica C. Bromall
                                        Attorneys for Opposers
                                        JEFFER, MANGELS, BUTLER & MARMARO LLP
                                        1900 Avenue of the Stars, Seventh Floor
                                        Los Angeles, California 90067
                                        (310) 203-8080

5

## **CERTIFICATE OF SERVICE**

I hereby certify that one (1) copy of this document has been deposited with the United

States Postal Service as First Class Mail, postage affixed, in an envelope addressed to the

correspondent address of record, as follows:

> Craig O. Correll
> 4245 Sunnyhill Drive
> Carlsbad, CA 92008

Date: November 24, 2008

_____
Michelle Boothby

JEFFER, MANGELS, BUTLER & MARMARO LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067
Phone: (310) 203-8080
Fax: (310) 203-0567
www.jmbm.com

6

5774108v1

# EXHIBIT E

Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov

ESTTA Tracking number:  **ESTTA251003**

Filing date:  **11/24/2008**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

## Notice of Opposition

Notice is hereby given that the following parties oppose registration of the indicated application.

## Opposers Information

| Name | Cels Enterprises, Inc. |
|---|---|
| Granted to Date of previous extension | 11/26/2008 |
| Address | 3485 South La Cienega Boulevard<br>Los Angeles, CA 90016<br>UNITED STATES |

| Name | Mr. Robert L. Goldman | | |
|---|---|---|---|
| Entity | Individual | Citizenship | UNITED STATES |
| Address | 3485 South La Cienega Blvd.<br>Los Angeles, CA 90016<br>UNITED STATES | | |

| Attorney information | Rod S. Berman, Esq.<br>Jeffer, Mangels, Butler & Marmaro LLP<br>1900 Ave. of the Stars, 7th Floor<br>Los Angeles, CA 90067<br>UNITED STATES<br>trademarkdocket@jmbm.com |
|---|---|

## Applicant Information

| Application No | 77425262 | Publication date | 07/29/2008 |
|---|---|---|---|
| Opposition Filing Date | 11/24/2008 | Opposition Period Ends | 11/26/2008 |
| Applicant | Rock and Roll Religion Inc<br>110 E. 9th Street C-402<br>Los Angeles, CA 90079<br>UNITED STATES | | |

## Goods/Services Affected by Opposition

| Class 025.<br>All goods and services in the class are opposed, namely: Jackets; Pants; Shirts; Shoes; Socks; Sweaters |
|---|

## Grounds for Opposition

| Priority and likelihood of confusion | Trademark Act section 2(d) |
|---|---|
| Dilution | Trademark Act section 43(c) |

## Marks Cited by Opposer as Basis for Opposition

| U.S. Registration No. | 1861027 | Application Date | 12/17/1993 |
|---|---|---|---|
| Registration Date | 11/01/1994 | Foreign Priority Date | NONE |
| Word Mark | CHINESE LAUNDRY | | |
| Design Mark | | | |
| Description of Mark | NONE | | |
| Goods/Services | Class 025. First use: First Use: 1983/04/01 First Use In Commerce: 1983/04/01 shoes | | |

| U.S. Registration No. | 3246484 | Application Date | 12/05/2005 |
|---|---|---|---|
| Registration Date | 05/29/2007 | Foreign Priority Date | NONE |
| Word Mark | CHINESE LAUNDRY | | |
| Design Mark | Chinese Laundry | | |
| Description of Mark | NONE | | |
| Goods/Services | Class 018. First use: First Use: 2005/11/01 First Use In Commerce: 2005/11/01 All purpose sport bags; All-purpose athletic bags; All-purpose carrying bags; Cosmetic bags sold empty; Cosmetic cases sold empty; Garment bags for travel; Handbags; Hiking bags; Shopping bags with wheels attached; Shoulder bags; Tote bags; Travel bags | | |

| U.S. Registration No. | 3065149 | Application Date | 06/10/2004 |
|---|---|---|---|
| Registration Date | 03/07/2006 | Foreign Priority Date | NONE |
| Word Mark | CL CHINESE LAUNDRY | | |
| Design Mark | CL CHINESE LAUNDRY | | |
| Description of Mark | The mark consists of the large stylized letters "CL" behind the mark. | | |

| Goods/Services | Class 009. First use: First Use: 1983/01/04 First Use In Commerce: 1983/01/04 |
| --- | --- |
| | Sunglasses |
| | Class 016. First use: First Use: 1983/01/04 First Use In Commerce: 1983/01/04 |
| | Paper stationery; notebooks, pens, pencils, stationery-type portfolios; letterhead stationery, notepads, envelopes, calendars; desktop accessories, namely, desk calendars, desk file trays, desk stands and holders for pens and pencils; desk top organizers, desk pads |
| | Class 018. First use: First Use: 1983/01/04 First Use In Commerce: 1983/01/04 |
| | Bags, namely, handbags, purses, coin purses, backpacks, luggage, clutch bags, make-up bags sold empty, carry-on bags, wallets and duffel bags |
| | Class 021. First use: First Use: 1983/01/04 First Use In Commerce: 1983/01/04 |
| | Lunch boxes |
| | Class 025. First use: First Use: 1983/01/04 First Use In Commerce: 1983/01/04 |
| | Sportswear, namely, visors, pants, skirts, sweatshirts, shirts, Jeans, T-shirts and tops; intimate apparel, namely, underwear, bras, corsets and panties; hosiery, robes, sleepwear, loungewear |

| U.S. Registration No. | 3392743 | Application Date | 12/04/2003 |
| --- | --- | --- | --- |
| Registration Date | 03/04/2008 | Foreign Priority Date | NONE |
| Word Mark | LITTLE LAUNDRY | | |
| Design Mark | Little Laundry | | |
| Description of Mark | NONE | | |
| Goods/Services | Class 014. First use: First Use: 2007/04/30 First Use In Commerce: 2007/04/30 | | |
| | Jewelry | | |
| | Class 016. First use: First Use: 2007/04/30 First Use In Commerce: 2007/04/30 | | |
| | Notebooks, diaries, stationery, pens, pencils and personal journals | | |
| | Class 018. First use: First Use: 2007/04/30 First Use In Commerce: 2007/04/30 | | |
| | Backpacks, school bags and umbrellas | | |
| | Class 025. First use: First Use: 1994/12/31 First Use In Commerce: 1994/12/31 | | |
| | Footwear for girls (4 years to 11 years old), and clothing, namely, dresses, pants, jackets, sweatshirts, t-shirts, hats and socks | | |

| U.S. Application No. | 78433461 | Application Date | 06/10/2004 |
| --- | --- | --- | --- |
| Registration Date | NONE | Foreign Priority Date | NONE |
| Word Mark | CL BY LAUNDRY | | |

| Design Mark |  |
| --- | --- |
| Description of Mark | NONE |
| Goods/Services | Class 025. First use: First Use: 2003/04/01 First Use In Commerce: 2003/04/01 Shoes |

| U.S. Application No. | 77352922 | Application Date | 12/14/2007 |
| --- | --- | --- | --- |
| Registration Date | NONE | Foreign Priority Date | NONE |
| Word Mark | CHINESE LAUNDRY | | |
| Design Mark | | | |
| Description of Mark | The mark consists of A design. | | |
| Goods/Services | Class 025. First use: First Use: 2006/08/01 First Use In Commerce: 2007/01/01 Sportswear, namely, shorts, pants, skirts, sweatshirts, shirts, jeans, T-shirts, tops, hosiery, underwear, bras, corsets, panties, intimate apparel, namely, teddies; robes, sleepwear, loungewear; headgear, namely, headwear; and footwear | | |

| U.S. Application No. | 77355712 | Application Date | 12/19/2007 |
| --- | --- | --- | --- |
| Registration Date | NONE | Foreign Priority Date | NONE |
| Word Mark | CHINESE LAUNDRY WASH | | |

| Design Mark |  |
|---|---|
| Description of Mark | NONE |
| Goods/Services | Class 025. First use: First Use: 2007/12/14 First Use In Commerce: 2007/12/17 (Based on Use in Commerce) Footwear(Based on Intent to Use) Hats; T-shirts; Pants; Shirts; Skirts; Shorts |

| U.S. Application No. | 77352911 | Application Date | 12/14/2007 |
|---|---|---|---|
| Registration Date | NONE | Foreign Priority Date | NONE |
| Word Mark | CHINESE LAUNDRY | | |
| Design Mark | | | |
| Description of Mark | The mark consists of A design. | | |
| Goods/Services | Class 018. First use: First Use: 2006/08/01 First Use In Commerce: 2007/01/01 Bags, namely, all-purpose carrying handbags; purses; coin-purses; back-packs; luggage; clutches; make-up bags, namely, make-up bags sold empty; carry-ons, namely, carry-on bags; wallets; duffel bags | | |

| U.S. Application No. | 77125609 | Application Date | 03/08/2007 |
|---|---|---|---|
| Registration Date | NONE | Foreign Priority Date | NONE |
| Word Mark | CHINESE LAUNDRY | | |
| Design Mark | | | |
| Description of | The mark consists of CHINESE LAUNDRY AND HUMMINGBIRD DESIGN. | | |

| Mark | |
|---|---|
| Goods/Services | Class 009. First use: First Use: 2005/11/01 First Use In Commerce: 2007/09/01 SUNGLASSES |

| U.S. Application No. | 77125660 | Application Date | 03/08/2007 |
|---|---|---|---|
| Registration Date | NONE | Foreign Priority Date | NONE |
| Word Mark | CHINESE LAUNDRY | | |
| Design Mark |  | | |
| Description of Mark | The mark consists of CHINESE LAUNDRY AND HUMMINGBIRD DESIGN. | | |
| Goods/Services | Class 025. First use: First Use: 2005/11/01 First Use In Commerce: 2006/02/12 BELTS; CAPS; DRESSES; FOOTWEAR; LEATHER BELTS; PANTS; SHORTS; SKIRTS; SWEAT PANTS; SWEAT SHIRTS; SWEAT SHORTS; T-SHIRTS; TOPS; WRAPS | | |

| Attachments | 78767079#TMSN.jpeg ( 1 page )( bytes )<br>78433422#TMSN.jpeg ( 1 page )( bytes )<br>78336501#TMSN.jpeg ( 1 page )( bytes )<br>78433461#TMSN.jpeg ( 1 page )( bytes )<br>77352922#TMSN.jpeg ( 1 page )( bytes )<br>77355712#TMSN.jpeg ( 1 page )( bytes )<br>77352911#TMSN.jpeg ( 1 page )( bytes )<br>77125609#TMSN.jpeg ( 1 page )( bytes )<br>77125660#TMSN.gif ( 1 page )( bytes )<br>Notice of Opposition - PEOPLE'S ARMY BY ENGLISH LAUNDRY.pdf ( 6 pages )(35238 bytes ) |
|---|---|

## Certificate of Service

The undersigned hereby certifies that a copy of this paper has been served upon all parties, at their address record by First Class Mail on this date.

| Signature | /jessica c. bromall/ |
|---|---|
| Name | Jessica C. Bromall, Esq. |
| Date | 11/24/2008 |

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| CELS ENTERPRISES, INC. and ROBERT L. GOLDMAN, | Opposition No. _____ |
| Opposers, | Application Serial No. 77/425,262 |
| v. | Mark: THE PEOPLE'S ARMY BY ENGLISH LAUNDRY |
| ROCK AND ROLL RELIGION INC., | Date of Publication: July 29, 2008 |
| Applicant. | |
| | Our ref.: 65488-0013 |

## NOTICE OF OPPOSITION

Opposers Robert L. Goldman ("Goldman"), an individual, and Cels Enterprises, Inc. ("Cels"), a New York corporation, both having a mailing address located at 3485 South La Cienega Blvd., Los Angeles, California 90016 ("Opposers"), believe that they will be damaged by the registration on the Principal Register of the mark THE PEOPLE'S ARMY BY ENGLISH LAUNDRY in connection with "Jackets; Pants; Shirts; Shoes; Socks; Sweaters" in International Class 25.

The mark THE PEOPLE'S ARMY BY ENGLISH LAUNDRY is the subject of federal Trademark Application Serial No. 77/425,262, allegedly owned by Rock and Roll Religion Inc. ("Applicant"), and Opposers hereby oppose registration thereof.

As grounds for this Opposition, Opposers allege that:

1.      Goldman is the owner of various trademark registrations and applications for the marks CHINESE LAUNDRY®, CL BY LAUNDRY™, CL CHINESE LAUNDRY®, and LITTLE LAUNDRY® ("Opposers' Marks") for various goods including apparel, shoes, and

accessories. Goldman is the owner and CEO of Cels. Cels is the exclusive licensee of Opposers' Marks.

2.      Goldman is the owner of record U.S. Reg. No. 1,861,027, for CHINESE LAUNDRY, issued on November 1, 1994, as well as the business and goodwill connected therewith. Opposers have been using the CHINESE LAUNDRY® mark in commerce in connection with shoes in international class 25, as identified in the aforementioned registration. Goldman's registration is unrevoked and uncancelled.

3.      Goldman is the owner of record of U.S. Reg. No. 3,246,484, for CHINESE LAUNDRY, issued on May 29, 2007, as well as the business and goodwill connected therewith. Opposers have been using the CHINESE LAUNDRY® mark in commerce in connection with bags in international class 18, as identified in the aforementioned registration. Goldman's registration is unrevoked and uncancelled.

4.      Goldman is the owner of record of U.S. Reg. No. 3,065,149, for CL CHINESE LAUNDRY, issued on March 7, 2006, as well as the business and goodwill connected therewith. Opposers have been using the CL CHINESE LAUNDRY® mark in commerce in connection with sunglasses in International Class 9, "Paper stationery; notebooks, pens, pencils, stationery-type portfolios; letterhead stationery, notepads, envelopes, calendars; desktop accessories, namely, desk calendars, desk file trays, desk stands and holders for pens and pencils; desk top organizers, desk pads" in International Class 16, bags, in International Class 18, lunch boxes in International Class 21, and "sportswear, namely, visors, pants, skirts, sweatshirts, shirts, Jeans, T-shirts and tops; intimate apparel, namely, underwear, bras, corsets and panties; hosiery, robes, sleepwear, loungewear" in International Class 25, as identified in the aforementioned registration. Goldman's registration is unrevoked and uncancelled.

2

5.      Cels is the owner of record of U.S. Reg. No. 3,392,743, for LITTLE LAUNDRY, issued on March 4, 2008, as well as the business and goodwill connected therewith.  Opposers have been using the LITTLE LAUNDRY® mark in commerce in connection with jewelry in International Class 14, "Notebooks, diaries, stationery, pens, pencils and personal journals" in Class 16, "Backpacks, school bags and umbrellas" in International Class 18, and "Footwear for girls (4 years to 11 years old), and clothing, namely, dresses, pants, jackets, sweatshirts, t-shirts, hats and socks," in International Class 25, as identified in the aforementioned registration. Cels' registration is unrevoked and uncancelled.

6.      Goldman is the owner of record of U.S. Trademark Application Serial No. 78/433,461 for CL BY LAUNDRY, filed on June 10, 2004, as well as the business and goodwill connected therewith.  Opposers have been using CL BY LAUNDRY™ mark in commerce in connection with shoes in International Class 25, as identified in the aforementioned Application.

7.      Goldman is also the owner of the following U.S. trademark applications: Serial No. 77/352,922, for the mark CHINESE LAUNDRY & Design, filed on December 14, 2007, for use in connection with apparel, footwear, and headgear in International Class 25; Serial No. 77/355,712, for the mark CHINESE LAUNDRY WASH & Design, filed on December 19, 2007 for apparel, footwear, and headgear in International Class 25; Serial No. 77/352,911, for the mark CHINESE LAUNDRY & Design, filed of December 14, 2007, for use in connection with bags in International Class 18; Serial No. 77/125,609, for the mark CHINESE LAUNDRY (stylized), filed on March 8, 2007, for use in connection with sunglasses in International Class 9; Serial No. 77/125,660, for the mark CHINESE LAUNDRY (stylized), filed on September 11, 2007, for use in connection with belts, apparel, and footwear in International Class 25.

3

8.    On information and belief, Applicant's principal place of business is located at 110 E. 9th Street C-402, Los Angeles, California 90079.

9.    On information and belief, Applicant is the owner of record of U.S. Trademark Application Serial No. 77/425,262, filed on March 18, 2008, for the mark THE PEOPLE'S ARMY BY ENGLISH LAUNDRY for use in connection with "Jackets; Pants; Shirts; Shoes; Socks; Sweaters" in International Class 25.  Applicant filed U.S. Trademark Application Serial No. 77/425,262 on an intent-to-use basis.

10.    Since long prior to March 18, 2008, the filing date of Applicant's application, Opposers have widely advertised and promoted each of its marks identified above in connection with its goods and services with the result that Opposers' Marks have become well known and associated with Opposers in the United States.  Because of these efforts, and by virtue of the excellence and success of the goods and services offered and provided by Opposers under Opposers' Marks, Opposers have built up a valuable reputation and tremendous goodwill in Opposers' Marks, which goodwill belongs exclusively to Opposers.

11.    Applicant's Mark so resembles Opposers' Marks, and each of them, as to be likely, when used in connection with Applicant's goods, as to cause confusion, or mistake, or deception.  Applicant's Mark, therefore, creates a confusingly similar commercial impression. Thus, consumers will likely believe that Applicant's use of Applicant's Mark in connection with Applicant's Services is in some way associated or connected with or sponsored, authorized, or warranted by Opposers.  Any objection or fault with Applicant's goods offered in connection with Applicant's Mark would reflect upon and seriously injure Opposers' reputation in connection with goods and services offered under Opposers' Marks.

4

12.     Opposers' Marks are famous and were famous before March 18, 2008, the filing date of Applicant's application.  Applicant's Mark so resembles Opposers' Marks, and each of them, as to be likely, when used in connection with Applicant's goods, as to cause dilution of Opposers' Marks.

13.     If Applicant is granted the registrations herein opposed, Applicant would be granted at least a prima facie exclusive right to use of the mark THE PEOPLE'S ARMY BY ENGLISH LAUNDRY, which Opposers contend is confusingly similar to Opposers' Marks, and each of them.  Such registration would be a source of damage and injury to Opposers.

14.     WHEREFORE, in accordance with Section 13 of the Trademark Act (15 U.S.C. § 1063), Opposers pray that this Opposition be sustained and that Application Serial No. 77/425,262 be refused.

Respectfully submitted,

Dated:   November 24, 2008          By: /s/ JESSICA C. BROMALL
                                        Rod S. Berman
                                        Jessica C. Bromall
                                        Attorneys for Opposers
                                        JEFFER, MANGELS, BUTLER & MARMARO LLP
                                        1900 Avenue of the Stars, Seventh Floor
                                        Los Angeles, California 90067
                                        (310) 203-8080

5

## CERTIFICATE OF SERVICE

I hereby certify that one (1) copy of this document has been deposited with the United

States Postal Service as First Class Mail, postage affixed, in an envelope addressed to the

correspondent address of record, as follows:

Rock and Roll Religion Inc.
110 E. 9th St. Suite C-402
Los Angeles, CA 90079-5402

Date: November 24, 2008       _____

                                             Michelle Boothby

JEFFER, MANGELS, BUTLER & MARMARO LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067
Phone: (310) 203-8080
Fax: (310) 203-0567
www.jmbm.com

5774109v1

# EXHIBIT F



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Nov 26 04:06:17 EST 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | IMAGE LIST | BOTTOM | HELP

Logout  *Please logout when you are done to release system resources allocated for you.*

Start  List At: [    ] OR Jump to record: [    ]    **46 Records(s) found (This page: 1 ~ 46)**

Refine Search [ (laundry)[Bl] and 025[ic] and live[ld] ]  Submit

Current Search: S4: (laundry)[Bl] and 025[ic] and live[ld] docs: 46 occ: 148

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 79048021 | | LAUNDRYTRACK | TARR | LIVE |
| 2 | 78911970 | | N.Y.L. NEW YORK LAUNDRY | TARR | LIVE |
| 3 | 78558819 | 3116417 | N.Y.L. NEW YORK LAUNDRY | TARR | LIVE |
| 4 | 78977084 | 3122190 | LAUNDRY BY SHELLI SEGAL | TARR | LIVE |
| 5 | 78836381 | | BABY LAUNDRY BOUTIQUE | TARR | LIVE |
| 6 | 78820135 | 3232839 | COIN LAUNDRY | TARR | LIVE |
| 7 | 78433461 | | CL BY LAUNDRY | TARR | LIVE |
| 8 | 78479532 | 3011284 | LAUNDRY BY SHELLI SEGAL | TARR | LIVE |
| 9 | 78336501 | 3392743 | LITTLE LAUNDRY | TARR | LIVE |
| 10 | 78433422 | 3065149 | CL CHINESE LAUNDRY | TARR | LIVE |
| 11 | 78419846 | | CLEAN LAUNDRY | TARR | LIVE |
| 12 | 78146594 | 2880275 | FRENCH LAUNDRY | TARR | LIVE |
| 13 | 77425262 | | THE PEOPLES ARMY BY ENGLISH LAUNDRY | TARR | LIVE |
| 14 | 77356798 | | WASHABLE SHOES BY ENGLISH LAUNDRY | TARR | LIVE |
| 15 | 77292456 | 3535082 | MONDAY'S LAUNDRY | TARR | LIVE |
| 16 | 77477810 | | WORK SHIRT BY ENGLISH LAUNDRY | TARR | LIVE |
| 17 | 77100883 | | NAKED LAUNDRY | TARR | LIVE |
| 18 | 77498998 | | ENGLISH ROSE BY ENGLISH LAUNDRY | TARR | LIVE |
| 19 | 77477808 | | CLEAN LAUNDRY BY ENGLISH LAUNDRY | TARR | LIVE |
| 20 | 77352922 | | CHINESE LAUNDRY | TARR | LIVE |
| 21 | 77355712 | | CHINESE LAUNDRY WASH | TARR | LIVE |
| 22 | 77535965 | | SAIGON LAUNDRY | TARR | LIVE |
| 23 | 77530239 | | CHRISTIAN LAUNDRY | TARR | LIVE |

| | | | | |
|---|---|---|---|---|
| 24 | 77494551 | | DRTY LAUNDRY CLOTHING CO. | TARR | LIVE |
| 25 | 77125660 | | CHINESE LAUNDRY | TARR | LIVE |
| 26 | 77445886 | | DIRTY LAUNDRY DL | TARR | LIVE |
| 27 | 77194571 | | LBD LAUNDRY BY DESIGN | TARR | LIVE |
| 28 | 77079144 | | LAUNDRY BY DESIGN | TARR | LIVE |
| 29 | 77294503 | | ENGLISH HEROES BY ENGLISH LAUNDRY | TARR | LIVE |
| 30 | 76552590 | 2894885 | ENGLISH LAUNDRY | TARR | LIVE |
| 31 | 76622629 | 3485407 | RELIGION LAUNDRY | TARR | LIVE |
| 32 | 76058921 | 2886837 | LAUNDRY BY SHELLI SEGAL | TARR | LIVE |
| 33 | 76631463 | | DIRTY LAUNDRY | TARR | LIVE |
| 34 | 76613295 | | L LAUNDRY | TARR | LIVE |
| 35 | 76613294 | | G GREAT LAUNDRY | TARR | LIVE |
| 36 | 76399093 | 2987737 | DIRTY LAUNDRY DL | TARR | LIVE |
| 37 | 76093933 | 2570917 | FRENCH LAUNDRY | TARR | LIVE |
| 38 | 75242650 | 2411638 | LAUNDRY BY SHELLI SEGAL | TARR | LIVE |
| 39 | 75429146 | | LAUNDRY-PLUS | TARR | LIVE |
| 40 | 75352906 | 2596455 | REAL LAUNDRY SYSTEM | TARR | LIVE |
| 41 | 74452843 | | LAUNDRY | TARR | LIVE |
| 42 | 74587878 | | NEW YORK LAUNDRY | TARR | LIVE |
| 43 | 74586273 | | WHITE LAUNDRY | TARR | LIVE |
| 44 | 74471892 | 1861027 | CHINESE LAUNDRY | TARR | LIVE |
| 45 | 74444542 | 1969126 | LAUNDRY INDUSTRY | TARR | LIVE |
| 46 | 73640601 | 1485323 | LAUNDRY LEATHER | TARR | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | IMAGE LIST | TOP | HELP

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Rock and Roll Religion, Inc. a California corporation

**(b)** County of Residence of First Listed Plaintiff   Los Angeles
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Law Offices of Shawn A. McMillan, APC.  4955 Via Lapiz, San Diego, CA 92122; 858-646-0069

## DEFENDANTS
CELS ENTERPRISES, INC., a California corporation
ROBERT GOLDMAN, an individual

County of Residence of First Listed Defendant   Los Angeles
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

Attorneys (If Known)
Rod S. Berman, Esq. 1900 Ave. of The Stars, 7th Fl. Los Angeles, CA 90067; 310-203-8080

FILED
08 DEC 18 PM 2:50
CLERK. U.S. DISTRICT COURT
CENTRAL DIST. OF CALIFORNIA
BY: _____ DEPUTY

08 CV 2347 BEN LSP

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government
Plaintiff

☒ 3  Federal Question
(U.S. Government Not a Party)

☐ 2  U.S. Government
Defendant

☐ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                     and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☒ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original
Proceeding

☐ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

☐ 5 Transferred from
another district
(specify)

☐ 6 Multidistrict
Litigation

☐ 7 Appeal to District
Judge from
Magistrate
Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. § 1501 et seq

Brief description of cause:
Declaratory relief action

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):

JUDGE

DOCKET NUMBER

DATE   12-18-08

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #  158289   AMOUNT  $350   APPLYING IFP   JUDGE   MAG. JUDGE

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**#  158289     — TC**

**December 18, 2008
14:50:46**

**Civ Fil Non—Pris**
USAO #.: 08CV2347
Judge..: ROGER T BENITEZ
Amount.:                    $350.00 CK
Check#.: 3188

**Total—>   $350.00**

FROM: ROCK AND ROLL RELIGION
      VS
      CELS ENTERPRISES