Shawn A. McMillan, Esq., SBN 208529
attyshawn@netscape.net
Stephen D. Daner, Esq., SBN 259689
steve.mcmillanlaw@gmail.com
THE LAW OFFICES OF SHAWN A. MCMILLAN, A.P.C.
4955 Via Lapiz
San Diego, California 92122-3910
Tel: 858-646-0069;  Fax: 206-600-4582

Attorneys for Plaintiff/CounterDefendants
Rock & Roll Religion, Inc.
Attorneys for CounterDefendants
Defiance U.S.A., Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCK AND ROLL RELIGION, INC., a California corporation<br><br>　　　　Plaintiff/CounterDefendant,<br><br>　　v.<br><br>CELS ENTERPRISES, INC., a New York corporation; ROBERT GOLDMAN, an individual,<br><br>　　　　Defendants/Counterclaimants. | CASE NO: CV09-5258 R (PLAX)<br><br>**PLAINTIFF/COUNTERDEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR ALTERNATIVE MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO EACH OF CELS' AND GOLDMAN'S COUNTERCLAIMS.**<br><br>[ FRCP, RULE 56 ]<br><br>Judge: Hon. Manuel L. Real<br>Courtroom: No. 8<br>Date: March 22, 2010<br>Time: 10:00 a.m. |
| CELS ENTERPRISES, INC., a New York corporation; ROBERT GOLDMAN, an individual,<br>　　　　Counterclaimants,<br><br>　　v.<br><br>ROCK AND ROLL RELIGION, INC., a California corporation; DEFIANCE U.S.A, INC., a California corporation; and DOES 1 through 10 inclusive.<br>　　　　CounterDefendants. | |

1 **To Defendants and Counterclaimants CELS ENTERPRISES, INC. and ROBERT**
2 **GOLDMAN and their counsel of record:**
3     **PLEASE TAKE NOTICE** that on a Monday, March 22, 2010, at 10:00 a.m., or as soon
4 thereafter as the matter may be heard in Courtroom 8 of the above-referenced Court located at 312
5 N. Spring Street, Los Angeles, California, Plaintiff and CounterDefendant Rock and Roll Religion,
6 Inc. and Counterdefendant Defiance U.S.A., Inc. shall and hereby do move the Court for summary
7 judgment, or alternatively, partial summary judgment in their favor as to each and every claim for
8 relief set forth in your Third Amended Counterclaim on the grounds that neither CELS, nor
9 Goldman are in possession of admissible evidence sufficient to meet their prima facie burden to
10 demonstrate a "likelihood of confusion" between the "Chinese Laundry" mark as it appears in the
11 market and any "English Laundry" or English Laundry derivative mark identified in the Third
12 Amended Counterclaim.
13     In addition, the motion is made on the basis that as a matter of law there is no likelihood of
14 confusion between the Chinese Laundry marks identified in the Third Amended Counterclaim and
15 any "English Laundry" or English Laundry derivative mark as identified in the Third Amended
16 Counterclaim.
17     This motion arises from the Court's earlier conversion of Rock & Roll Religion, Inc.'s and
18 Defiance U.S.A., Inc.'s joint motion to dismiss filed under FRCP, Rule 12(b)(6) on the same
19 grounds as noted above, to a motion for Summary Judgment.
20     This motion is based on this Notice of Motion and Motion, the Memorandum of Points and
21 Authorities, the accompanying Separate Statement of Undisputed Facts and Conclusions of Law,
22 the Declaration of Shawn A. McMillan (provisionally filed under seal) and all exhibits attached
23 thereto, the Declaration of Hestia McMillan and all exhibits attached thereto, the Declaration of
24 Christopher Wicks and all exhibits attached thereto, the Request for Judicial Notice, the Notice of
25 Lodgment and all exhibits attached thereto, the Declaration of Stephen Daner and all exhibits
26 attached thereto, the papers and records on file in this action, specifically the moving papers filed in
27 support of the moving parties Motion to Dismiss the Third Amended Counter Claim, and such other
28 argument and materials as may be presented at the hearing on this motion. It should also be noted

1. that it is the moving parties intention to produce at the hearing several articles of clothing bearing
2. various "Laundry" marks as they appear for sale to consumers in the marketplace.
3. Dated: March 5, 2010

THE LAW OFFICES OF SHAWN A. MCMILLAN, APC

Shawn A. McMillan, Esq.
Stephen D. Daner, Esq.
Attorneys for Plaintiff/Counterdefendants

**PLAINTIFF/COUNTERDEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR ALTERNATIVE MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO EACH OF CELS' AND GOLDMAN'S COUNTERCLAIMS.**

CV09-5258 R