1   Shawn A. McMillan, Esq., SBN 208529
    attyshawn@netscape.net
2   Stephen D. Daner, Esq., SBN 259689
    steve.mcmillanlaw@gmail.com
3   THE LAW OFFICES OF SHAWN A. MCMILLAN, A.P.C.
    4955 Via Lapiz
4   San Diego, California 92122-3910
    Tel: 858-646-0069;  Fax: 206-600-4582
5
    Attorneys for Plaintiff/CounterDefendants
6   Rock & Roll Religion, Inc.
    Attorneys for CounterDefendants
7   Defiance U.S.A., Inc.

8                    UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

11  ROCK AND ROLL RELIGION, INC., a      | CASE NO: CV09-5258 R (PLAX)
    California corporation
                                         | DECLARATION OF HESTIA
12       Plaintiff/CounterDefendant,     | MCMILLAN IN SUPPORT OF MOTION
                                         | FOR SUMMARY JUDGMENT OR IN THE
13       v.                              | ALTERNATIVE PARTIAL SUMMARY
                                         | JUDGMENT
14  CELS ENTERPRISES, INC., a New York
    corporation;  ROBERT  GOLDMAN, an    | [FRCP 56]
15  individual,
                                         | Judge: Hon. Manuel L. Real
16       Defendants/Counterclaimants.    | Courtroom: No. 8
                                         | Date: March 22, 2010
17  CELS ENTERPRISES, INC., a New York   | Time: 10:00 a.m.
    corporation; ROBERT GOLDMAN, an
18  individual,
              Counterclaimants,
19
         v.
20
    ROCK AND ROLL RELIGION, INC., a
21  California corporation; DEFIANCE U.S.A,
    INC., a California corporation; and DOES 1
22  through 10 inclusive.
              CounterDefendants.
23

24       I, Hestia McMillan, state and declare as follows:

25  1.      I am over the age of 18 years, a resident of the County of San Diego, and an employee of the

26  Law Offices of Shawn A. McMillan, a Professional Corporation.  I am personally, and intimately,

27  familiar with the conduct of the subject litigation, and the records of this firm as pertain to the

28  above captioned litigation.  If called before this Court, or any other court or tribunal, I could and

DECLARATION OF HESTIA MCMILLAN IN SUPPORT OF MOTION FOR SUMMARY
JUDGMENT OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT
CV09-5258 R

1  would competently testify to the following matters of my own personal knowledge, with the

2  exception of those matters stated on information and belief and as to those matters, I believe them to

3  be true.

4  2.      Attached hereto as **Exhibit 100** is a true and correct copy of a series of two photographs

5  taken by me on March 1, 2010. The Photographs accurately depict the front and back sides of a

6  shopping bag provided by the staff at Great Laundry in its Costa Mesa, CA store to customers at the

7  point of purchase.  The plastic bag was obtained from the Costa Mesa, CA Great Laundry retail

8  location on February 23, 2010.  On information and belief , the retail store is open to the public and

9  sells both men's and women's apparel under the "Great Laundry" brand.

10  3.      Attached hereto as **Exhibit 101** is a true and correct copy of a series of two photographs

11  taken by me on March 1, 2010.  The Photographs accurately depict a black Tee-Shirt purchased, at

12  retail, from the Great Laundry retail store located in Costa Mesa, CA.  The second photograph in the

13  series is a true and accurate depiction of the product label as attached to the Tee-Shirt. The Tee-

14  Shirt was purchased from the Costa Mesa, CA Great Laundry retail location on February 23, 2010.

15  4.      Attached hereto as **Exhibit 102** is a true and correct copy of a series of two photographs

16  taken by me on March 1, 2010.  The Photographs accurately depict a white Tee-Shirt (with a

17  skeleton design pattern) purchased, at retail, from the Great Laundry retail store located in Costa

18  Mesa, CA.  The second photograph in the series is a true and accurate depiction of the product label

19  as attached to the Tee-Shirt. The Tee-Shirt was purchased from the Costa Mesa, CA Great Laundry

20  retail location on February 23, 2010.

21  5.      Attached hereto as **Exhibit 103** is a true and correct copy of a series of two photographs

22  taken by me on March 1, 2010.  The Photographs accurately depict a white women's sweater/dress

23  purchased, at retail, from the Great Laundry retail store located in Costa Mesa, CA.  The second

24  photograph in the series is a true and accurate depiction of the product label as attached to the

25  sweater/dress. The product label bears the words "Crystalline by Laundry." The sweater/dress was

26  purchased from the Costa Mesa, CA Great Laundry retail location on February 23, 2010.

27  6.      Attached hereto as **Exhibit 104** is a true and correct copy of a series of two photographs

28  taken by me on March 1, 2010.  The Photographs accurately depict a white Tee-Shirt with the

1   image of a skull resting in a floral design.  The Tee-shirt was purchased, at retail, from the Great

2   Laundry retail store located in Costa Mesa, CA.  The second photograph in the series is a true and

3   accurate depiction of the product label as attached to the Tee-Shirt. The product label bears the

4   words "Great Laundry" in a stylized block letter font, below the capital letter "G."  The Tee-shirt

5   was purchased from the Costa Mesa, CA Great Laundry retail location on February 23, 2010.

6   7.      Attached hereto as **Exhibit 105** is a true and correct copy of a series of three photographs

7   taken by me on March 1, 2010.   The Photographs accurately depict a yellow Tee-Shirt with imprint

8   of what appears to be a stylized rabbit.  The Tee-shirt was purchased, at retail, from the Great

9   Laundry retail store located in Costa Mesa, CA.  The second photograph in the series is a true and

10   accurate depiction of the product label as attached to the Tee-Shirt, and what is commonly referred

11   to as a "hang-tag." The product label bears the words "Great Laundry" in a stylized cursive font.

12   The hang-tag contains the words "Great Laundry" in a stylized block letter font, below the capital

13   letter "G."  The third photograph in the series is a true and accurate depiction of the product label as

14   attached to the Tee-Shirt, and the back side of the "hang-tag," which depicts the product

15   composition, the size, and the retail price. The Tee-shirt was purchased from the Costa Mesa, CA

16   Great Laundry retail location on February 23, 2010.

17   8.      Attached hereto as **Exhibit 106** is a true and correct copy of a series of two photographs

18   taken by me on March 1, 2010.   The Photographs accurately depict a grey and blue men's

19   sweatshirt.  The sweatshirt was purchased, at retail, from the Great Laundry retail store located in

20   Costa Mesa, CA.  The second photograph in the series is a true and accurate depiction of the

21   product label as attached to the sweatshirt, and the "hang-tag." The product label bears the words

22   "Great Laundry" in a stylized cursive font. The hang-tag contains the words "Great Laundry" in a

23   stylized block letter font, below the capital letter "G." The sweatshirt was purchased from the Costa

24   Mesa, CA Great Laundry retail location on February 23, 2010.

25   9.      Attached hereto as **Exhibit 107** is a true and correct copy of a series of three photographs

26   taken by me on March 1, 2010.   The Photographs accurately depict a piece of lacy, women's thong

27   underwear bearing the "White Laundry" brand label.  The underwear was purchased at Jolie Femme

28   on February 26, 2010.  Jolie Femme is a retail store in a shopping mall located at 1555 Camino Del

**DECLARATION OF HESTIA MCMILLAN IN SUPPORT OF MOTION FOR SUMMARY
JUDGMENT OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT**

Mar (Plaza Level, Ste 309), Del Mar, California 92014. The second photograph in the series is a true and accurate depiction of the product label as attached to the underwear. The product label bears the words "White Laundry" surrounded by a floral design pattern. The third photograph in the series depicts the top portion of the hang-tag, which contains an emblem and the letters "WL" surrounded by a floral design pattern.

10.    Attached hereto as **Exhibit 108** is a true and correct copy of a series of four photographs taken by me on March 1, 2010. The Photographs accurately depict a women's brazier bearing the "White Laundry" brand label and hang-tag. The brazier was purchased at Jolie Femme on February 26, 2010. Jolie Femme is a retail store in a shopping mall located at 1555 Camino Del Mar (Plaza Level, Ste 309), Del Mar, California 92014. The second photograph in the series is a true and accurate depiction of the product label as attached to the brazier. The product label bears the words "White Laundry" surrounded by a floral design pattern. The third photograph in the series depicts the top portion of the hang-tag, which contains an emblem and the letters "WL" surrounded by a floral design pattern. The fourth photograph in the series is a true and accurate depiction of a close-up of the hang tag.

11.    Attached hereto as **Exhibit 109** is a true and correct copy of a series of four photographs taken by me on March 1, 2010. The Photographs accurately depict a women's brazier (of a different style than the one depicted in exhibit 108) bearing the "White Laundry" brand label and hang-tag. The brazier was purchased at Jolie Femme on February 26, 2010. Jolie Femme is a retail store in a shopping mall located at 1555 Camino Del Mar (Plaza Level, Ste 309), Del Mar, California 92014. The second photograph in the series is a true and accurate depiction of the product label, and hang-tag, as attached to the brazier. The product label bears the words "White Laundry" surrounded by a floral design pattern. The third photograph in the series is a close up of the product label. The fourth photograph in the series is a true and accurate depiction of a close-up of the bottom portion of the hang-tag.

12.    Attached hereto as **Exhibit 110** is a true and correct copy of a series of four photographs taken by me on March 1, 2010. The Photographs accurately depict a style of women's thong underwear different than the one depicted in exhibit 107, above. This style of underwear also bears

**DECLARATION OF HESTIA MCMILLAN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT**

CV09-5258 R                                                                 3

1    the "White Laundry" label and hang-tag.  The underwear was purchased at Jolie Femme on

2    February 26, 2010.  The second photograph in the series is a true and accurate depiction of the

3    product label, and hang-tag, as attached to the thong underwear. The product label bears the words

4    "White Laundry" surrounded by a floral design pattern.  The third photograph in the series is a close

5    up of the product label and hang-tag. The fourth photograph is a picture of the complete, matching,

6    set of underwear and brazier.

7    13.      Attached hereto as **Exhibit 111** is a true and correct copy of a series of two photographs

8    taken by me on March 1, 2010.   The first photograph truly and accurately depicts hang tags

9    received by me on March 1, 2010 from Coin Laundry, a women's "ready to wear" clothing

10   company located in Southern California.  The second photograph is a true and accurate depiction of

11   the label for Coin Laundry depicting its mark as it appears to the consumer when a Coin Laundry

12   product is sold.

13   14.      Attached hereto as **Exhibit 112** is a true and correct copy of a series of two photographs

14   taken by me on March 1, 2010.   The first photograph truly and accurately depicts a lady's black

15   cotton knit dress with a Coin Laundry hang tag, and a Coin Laundry branding label attached.  This

16   dress was purchased by me directly from Coin Laundry on February 26, 2010.  The second

17   photograph is a true and accurate depiction of a close up of the hang-tag and branding label as they

18   appear on the same dress.

19   15.      Attached hereto as **Exhibit 113** is a true and correct copy of a series of two photographs

20   taken by me on March 1, 2010.   The first photograph truly and accurately depicts a lady's black

21   long sleeve cotton knit shirt bearing a floral design pattern.  A Coin Laundry hang tag, and a Coin

22   Laundry branding label are attached.  This shirt was purchased by me directly from Coin Laundry

23   on February 26, 2010.  The second photograph is a true and accurate depiction of a close up of the

24   hang-tag and branding label as they appear on the same shirt.

25   16.      Attached hereto as **Exhibit 114** is a true and correct copy of a series of two photographs

26   taken by me on March 1, 2010.   The first photograph truly and accurately depicts a lady's light blue

27   short sleeve cotton knit shirt bearing what appears to be a hummingbird design pattern.  A Coin

28   Laundry hang tag, and a Coin Laundry branding label are attached.  This shirt was purchased by me

---

**DECLARATION OF HESTIA MCMILLAN IN SUPPORT OF MOTION FOR SUMMARY
JUDGMENT OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT**
CV09-5258 R                                                                                4

1 || directly from Coin Laundry on February 26, 2010.  The second photograph is a true and accurate

2 || depiction of a close up of the hang-tag and branding label as they appear on the same shirt.

3 || 17.     Attached hereto as **Exhibit 115** is a true and correct copy of a series of two photographs

4 || taken by me on March 1, 2010.   The first photograph truly and accurately depicts a lady's pink

5 || cotton knit, tie-dye, skirt.  A Coin Laundry hang tag, and a Coin Laundry branding label are

6 || attached.  This shirt was purchased by me directly from Coin Laundry on February 26, 2010.  The

7 || second photograph is a true and accurate depiction of a close up of the hang-tag and branding label

8 || as they appear on the same shirt.

9 || 18.     Attached hereto as **Exhibit 116** is a true and correct copy of a series of two photographs

10 || taken by me on March 1, 2010.   The first photograph truly and accurately depicts a lady's light blue

11 || short sleeve cotton knit, tie-dye, shirt.  A Coin Laundry hang tag, and a Coin Laundry branding label

12 || are attached.  This shirt was purchased by me directly from Coin Laundry on February 26, 2010.

13 || The second photograph is a true and accurate depiction of a close up of the hang-tag and branding

14 || label as they appear on the same shirt.

15 || 19.     Attached hereto as **Exhibit 117** is a true and correct copy of a photographs taken by me on

16 || March 1, 2010.   The photograph truly and accurately depicts an assortment of other Coin Laundry

17 || products presently for sale to the general public, including myself.  Depicted in the attached

18 || photograph are two pattern cotton knit women's tee-shirts, and a cotton knit tie-dye skirt.  A Coin

19 || Laundry hang tag, and a Coin Laundry branding label are attached to each depicted apparel product.

20 || These items were purchased by me directly from Coin Laundry on February 26, 2010.

21 || 20.     Attached hereto as **Exhibit 118** is a true and correct copy of a print out of the web site

22 || advertising Coin Laundry products.  The web site provides a contact where listed products may be

23 || purchased.  As stated above, on February 26, 2010, each of the products listed in the Coin Laundry

24 || related exhibits above was purchased directly from Coin Laundry and shipped to this office by UPS

25 || ground.  I received the package in the regular course of business, opened it, and took each of the

26 || photos of each of the products depicted in the above listed Coin Laundry related exhibits.

27 || 21.     Attached hereto as **Exhibit 119** is a true and correct copy of a series of four photographs

28 || taken by me on March 5, 2010.   The photographs truly and accurately depict a grey stretch

**DECLARATION OF HESTIA MCMILLAN IN SUPPORT OF MOTION FOR SUMMARY**
**JUDGMENT OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT**
CV09-5258 R                                                                                       5

1  women's sweatshirt bearing the mark "N.Y.L. New York Laundry." This women's sweatshirt was

2  purchased by me over the internet and was shipped to this law office by U.S. Priority Mail. Also

3  available were an assortment of other New York Laundry women's apparel products which are

4  presently for sale to the general public, including myself. Depicted in the other attached

5  photographs are various close up shots of the N.Y.L. New York Laundry hang-tags and branding

6  label.

7  22.     Attached hereto as **Exhibit 120** is a true and correct copy of a series of four photographs

8  taken by me on March 5, 2010.   The photographs truly and accurately depict a women's black

9  cotton jacket bearing the mark "Laundry Industry." This women's Jacket was purchased by me over

10 the internet and was shipped to this law office by U.S. Priority Mail. Also available were an

11 assortment of other Laundry Industry branded women's apparel products which are presently for

12 sale to the general public, including myself. Depicted in the other attached photographs are various

13 close up shots of the Laundry Industry hang-tags and branding label.

14 23.     Attached hereto as **Exhibit 121** is a true and correct copy of a series of four photographs

15 taken by me on March 5, 2010.   The photographs truly and accurately depict a pair of women's

16 denim blue geans bearing the mark "Laundry." These women's jeans were purchased by me over

17 the internet and were shipped to this law office by U.S. Priority Mail.  Also available were an

18 assortment of other Laundry branded women's apparel products which are presently for sale to the

19 general public, including myself. Depicted in the other attached photographs are various close up

20 shots of the Laundry branding labels.

21 24.     Attached hereto as **Exhibit 122** is a true and correct copy of a print out of a web site which

22 contains a true, correct, and accurate depiction of the Great Laundry retail store front located in

23 Costa Mesa, California.

24 25.     On Saturday, February 27, 2010, I visited a shopping center located in the San Diego area

25 called North County Fair.  The purpose of my visit was to ascertain the nature of chin retailer's

26 presentation of Chinese Laundry branded products to the general public.  In addition, I was directed

27 to ascertain whether any Chinese Laundry branded apparel products of accessories were available

28 for purchase at the Nordstoms and Macy's department stores located at North County Fair.

**DECLARATION OF HESTIA MCMILLAN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT**
CV09-5258 R                                                                                          6

1    At the Nordstoms located at North County Fair I found that all men's apparel products and

2    women's apparel products were located in separate areas within the store.  Men's apparel was on

3    the Third Floor, while women's apparel products were on the First floor.  I also discovered that

4    women's shoe products were located in a separate area of the store from men's shoe products, but

5    on the same.  Both areas had a sign above the respective areas indicating that one area was for

6    women's shoes, and the other area was for men's shoes.  I also searched the store of any other

7    Chinese Laundry branded product and found none.

8    While I was in the women's shoe department, I was able to locate Chinese Laundry branded

9    shoe products only.  The Chinese Laundry branded product was in a pretty box which was covered

10   with a floral design pattern and bore the name "Chinese Laundry."  Attached hereto as **Exhibit 123**

11   is a series of photographs I took while at that store.  The photographs truly, correctly, and accurately

12   depict the condition of the store as it appeared on February 27, 2010, at approximately 1:30, p.m..

13   Also attached to **Exhibit 123**, is a true, correct, and accurate depiction of the Chinese Laundry shoe

14   box I saw that day while in Nordstoms at North County Fair.

15   26.    On Saturday, February 27, 2010, while visiting North County Fair I also visited the Macy's

16   Department Store there.

17   At that Macy's store I found that all men's apparel products and women's apparel products

18   were located in separate areas within the store.   I also discovered that women's shoe products were

19   located in a separate area of the store from men's shoe products.  Both areas had a sign above the

20   respective areas indicating that one area was for women's shoes, and the other area was for men's

21   shoes.  I also searched the store of any other Chinese Laundry branded product and found none.

22   While I was in the women's shoe department, I was able to locate Chinese Laundry branded

23   shoe products only, although no Chinese Laundry artwork was visible.  Attached hereto as **Exhibit**

24   **124** is a series of photographs I took while at that store.  The photographs truly, correctly, and

25   accurately depict the condition of the store as it appeared on February 27, 2010, at approximately

26   1:45, p.m..

27   27.    On Saturday, February 27, 2010, I also visited a retail shopping mall in downtown San

28   Diego called "Horton Plaza."  While at Horton Plaza, I visited both the Macy's Department Store

**DECLARATION OF HESTIA MCMILLAN IN SUPPORT OF MOTION FOR SUMMARY**
**JUDGMENT OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT**

1  there and the Nordstrom's store.

2    At that Macy's store I found that all men's apparel products and women's apparel products

3  were located in separate areas within the store.   I also discovered that women's shoe products were

4  located in a separate area of the store from men's shoe products.  Both areas had a sign above the

5  respective areas indicating that one area was for women's shoes, and the other area was for men's

6  shoes.  I also searched the store of any other Chinese Laundry branded product and found none.

7    While I was in the women's shoe department, I was able to locate Chinese Laundry branded

8  shoe products only, although no Chinese Laundry artwork was visible.  Attached hereto as **Exhibit**

9  **125** is a series of photographs I took while at that store.  The photographs truly, correctly, and

10  accurately depict the condition of the store as it appeared on February 27, 2010, at approximately

11  2:45, p.m..

12  28.  On Saturday, February 27, 2010, while at Horton Plaza, I visited stopped by Nordstom's.

13  At that store I found that all men's apparel products and women's apparel products were located in

14  separate areas within the store.   I also discovered that women's shoe products were located in a

15  separate area of the store from men's shoe products.  Both areas had a sign above the respective

16  areas indicating that one area was for women's shoes, and the other area was for men's shoes.

17    While I was in the women's shoe department, I was unable to locate Chinese Laundry

18  branded shoe products.  I also searched the store of any other Chinese Laundry branded product and

19  found none.  Attached hereto as **Exhibit 126** is a series of photographs I took while at that store.

20  The photographs truly, correctly, and accurately depict the condition of the store as it appeared on

21  February 27, 2010, at approximately 3:00, p.m..

22

23    I declare under penalty of perjury according to the laws of the United States that the

24  foregoing is true and correct. Executed this March 5, 2010, at San Diego, California.

25

26

27  Hestia McMillan

28

**DECLARATION OF HESTIA MCMILLAN IN SUPPORT OF MOTION FOR SUMMARY
JUDGMENT OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT**