NOTE: CHANGES MADE BY
THE COURT

JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROCK AND ROLL RELIGION, INC., a California corporation<br><br>        Plaintiff/CounterDefendant,<br><br>        v.<br><br>CELS ENTERPRISES, INC., a New York corporation; ROBERT GOLDMAN, an individual,<br><br>        Defendants/Counterclaimants. | CASE NO: CV09-5258 R (PLAX)<br><br>**JUDGMENT**<br><br>Judge: Hon. Manuel L. Real<br>Courtroom: No. 8 |
| CELS ENTERPRISES, INC., a New York corporation; ROBERT GOLDMAN, an individual,<br>        Counterclaimants,<br><br>        v.<br><br>ROCK AND ROLL RELIGION, INC., a California corporation; DEFIANCE U.S.A, INC., a California corporation; and DOES 1 through 10 inclusive.<br>        CounterDefendants. | |

1    Plaintiff/Counterdefendants Rock and Roll Religion, Inc. and Defiance U.S.A.,
2  Inc., and Defendants/Counterclaimants Cels Enterprises, Inc. and Robert Goldman's
3  respective cross-motions for summary judgment came on for hearing on March 22nd,
4  2010, before the Honorable Manuel L. Real, District Judge Presiding. Stephen D.
5  Daner and Shawn A. McMillan of The Law Offices of Shawn A. McMillan, APC.
6  appeared on behalf of the Plaintiff and Counterdefendants.  Susan Allison and Rod
7  Berman of Jeffer Mangles Butler and Marmaro appeared on behalf of Defendants and
8  Counterclaimants. The evidence and arguments presented having been fully
9  considered, the issue having been duly heard and a decision have been duly rendered
10   **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that
11  Defendants/Counterclaimants Cels Enterprises, Inc. and Robert Goldman take
12  nothing by their Third Amended Counterclaim.
13    With regard to Plaintiff's Declaratory Relief Action, **IT IS FURTHER**
14  **ORDERED, ADJUDGED, AND DECREED** that:
15    1) There is no likelihood of confusion between the Plaintiff Rock and Roll
16  Religions, Inc.'s marks as follows: a) English Laundry; b) English Rose by English Laundry;
17  c) English Heroes by English Laundry; d) The People's Army by English Laundry; e) Work Shirt
18  by English Laundry; f) Clean Laundry by English Laundry; g) The Chelsea Boot Company by
19  English Laundry; h) Washable Shoes by English Laundry; i) English Laundry Forged Metal; and
20  Defendants Cels Enterprises, Inc. and Robert Goldman's mark as follows: a) Chinese
21  Laundry and b) CL Chinese Laundry design mark;
22    ~~2) That Plaintiff's/Counterdefendants' use of the word "LAUNDRY,"~~
23  ~~"Laundry," or "laundry" in the conduct of their internet website and clothing line is~~
24  ~~non-infringing upon Defendants' above identified trademarks;~~ (R)
25    3) That Plaintiff's/Counterdefendants' website and clothing line is not likely to
26  be confused by the public with any website and clothing line operated by Defendants
27  Cels Enterprises, Inc. and/or Robert Goldman by virtue of Plaintiff's use of
28  "Laundry," "Laundry," or "laundry" with its own registered marks;

4) That Plaintiff's/Counterdefendants' registered marks containing the words "ENGLISH LAUNDRY," "English Laundry," or "english laundry" do not infringe the rights of Cels Enterprises, Inc. or Goldman.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that: Rock and Roll Religion, Inc. and Defiance U.S.A., Inc. are prevailing parties under 15 U.S.C. §1117 and 17 U.S.C. §505 and accordingly, shall recover their costs incurred in this action. The Court retains jurisdiction to determine Rock and Roll Religion, Inc.'s and Defiance U.S.A., Inc.'s the entitlement to, and amount of recoverable attorney's fees, if any, by a separate noticed motion to be filed and heard in due course.

Dated: April **20**, 2010

_____
Hon. Manuel L. Real
United States District Judge