Name and address
Olivier A. Taillieu (SBN 206546)
THE TAILLIEU LAW FIRM
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
T: 310.300.8444 / E: o@taillieulaw.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| ROCK AND ROLL RELIGION, INC. | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV09-5258 R (PLAx) |
| v. | |
| CELS ENTERPRISES, INC., et al. | REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

Defiance U.S.A., Inc.     ☐ Plaintiff   ☐ Defendant   ☑ Other Counter-Defendant
_Name of Party_

hereby requests that the Court approve the substitution of Olivier A. Taillieu, The Taillieu Law Firm
_New Attorney_
as attorney of record instead of Shawn A. McMillan, Law Offices of Shawn A. McMillan
_Present Attorney_

Dated August 30, 2012      X _____
                           _Signature of Party/Authorized Representative of Party_

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.
Representation terminated by mutual consent on 3/24/2011. New counsel failed to obtain substitution for filing in District Court.

Dated August 30, 2012      _____
                           _Signature of Present Attorney_

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated August 30, 2012      _____
                           _Signature of New Attorney_
                           206546
                           _State Bar Number_

If party requesting to appear Pro Se:

Dated _____    _____
                             _Signature of Requesting Party_

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (07/12)          REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY