# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

CASE NO.: CV 09-5258-R                                              Date: September 10, 2012

TITLE: ROCK AND ROLL RELIGION, INC. V. CELS ENTERPRISES, INC., et al.
==================================================================
PRESENT:

HON. MANUEL L. REAL, JUDGE

| Kane Tien | Sheri Kleeger |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

    Olivier Taillieu                                                            Jessica Bromall


**PROCEEDINGS:** HEARING ON MANDATE AFFIRMING IN PART, REVERSING IN PART, AND REMANDING


The Mandate of the U.S.C.A. is filed and spread upon the minutes of this Court.

The Court sets the matter for Final Pretrial Conference on November 19, 2012 at 11:00 A.M., and for Jury Trial on December 11, 2012 at 9:00 A.M.


4 min

MINUTES FORM 90                                             Initials of Deputy Clerk   KTI
CIVIL -- GEN