| | |
|---|---|
| 1 | JEFFER MANGELS BUTLER & MITCHELL LLP |
| | ROD S. BERMAN (Bar No. 105444), *rberman@jmbm.com* |
| 2 | SUSAN ALLISON (Bar No. 133448), *sallison@jmbm.com* |
| | JESSICA C. BROMALL (Bar No. 235017), *jbromall@jmbm.com* |
| 3 | 1900 Avenue of the Stars, Seventh Floor |
| | Los Angeles, California  90067-4308 |
| 4 | Telephone:     (310) 203-8080 |
| | Facsimile:      (310) 203-0567 |
| 5 | |
| 6 | Attorneys for Defendants and Counterclaimants: |
| | CELS ENTERPRISES, INC. and ROBERT GOLDMAN |
| 7 | THE TAILLIEU LAW FIRM |
| | OLIVIER TAILLIEU (Bar No. 206546), *o@taillieulaw.com* |
| 8 | 9595 Wilshire Blvd., Suite 900 |
| | Beverly Hills, California 90212 |
| 9 | Telephone:     (310) 300-8444 |
| | Facsimile:      (310) 300-8445 |
| 10 | |
| 11 | Attorneys for Plaintiffs and Counterdefendants |
| | Rock and Roll Religion, Inc. and Defiance U.S.A., Inc.. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCK AND ROLL RELIGION, INC., a California corporation, | CASE NO.     CV09-5258 R (PLAx) |
| Plaintiff/Counter-defendant, | **ORDER ON STIPULATION REGARDING CONTINUANCE OF DEADLINES FOR FILING CERTAIN PRE-TRIAL DOCUMENTS AND PRE-TRIAL CONFERENCE** |
| v. | |
| CELS ENTERPRISES, INC. a New York corporation; ROBERT GOLDMAN, an individual | |
| Defendants/Counterclaimants | |
| CELS ENTERPRISES, INC., a New York corporation; ROBERT GOLDMAN, an individual, | [Stipulation filed concurrently herewith] |
| Counterclaimants, | |
| v. | |
| ROCK AND ROLL RELIGION, INC., a California corporation; DEFIANCE USA, INC., a California corporation; and DOES 1 through 10 inclusive, | |
| Counterdefendants. | |

PRINTED ON
RECYCLED PAPER

Proposed Order

**ORDER**

Pursuant to a stipulation between plaintiff and counterdefendant Rock and Roll Religion, Inc. and counterdefendant Defiance USA, Inc. (collectively, "Counterdefendants") and defendants and counterclaimants Robert Goldman and Cels Enterprises, Inc. (collectively "Counterclaimants"), and good cause appearing therefor, the Court orders as follows:

1. The deadline for serving initial expert reports is October 26, 2012. The deadline for serving expert rebuttal reports is November 9, 2012. Expert depositions will take place during the week of November 12-16, 2012.

2. The October 29, 2012, deadline for filing Memoranda of Contentions of Fact and Law, Witness Lists, and a Joint Exhibit List is continued to November 19, 2012.

3. The final pretrial conference, currently set for November 19, 2012, at 11:00 a.m., is continued until December 3, 2012, at 11:00 a.m.

**IT IS SO ORDERED**

Dated: October 11, 2012

_____
HONORABLE MANUEL L. REAL
Judge of the District Court

Respectfully Submitted on July 26 2010:

JEFFER MANGELS BUTLER & MITCHELL LLP
ROD S. BERMAN
SUSAN ALLISON
JESSICA C. BROMALL

By: */S/ JESSICA C. BROMALL*
         JESSICA C. BROMALL
Attorneys for defendants and counterclaimants
ROBERT GOLDMAN and CELS ENTERPRISES, INC.