JEFFER MANGELS BUTLER & MITCHELL LLP
ROD S. BERMAN (Bar No. 105444), *rberman@jmbm.com*
SUSAN ALLISON (Bar No. 133448), *sallison@jmbm.com*
JESSICA C. BROMALL (Bar No. 235017), *jbromall@jmbm.com*
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California  90067-4308
Telephone:   (310) 203-8080
Facsimile:    (310) 203-0567

Attorneys for Defendants and Counterclaimants:
CELS ENTERPRISES, INC. and ROBERT GOLDMAN

THE TAILLIEU LAW FIRM
OLIVIER TAILLIEU (Bar No. 206546), *o@taillieulaw.com*
450 N. Roxbury Dr., Suite 700
Beverly Hills, California 90210
Telephone:    (310) 651-2440
Facsimile:     (310) 651-2439

Attorneys for Plaintiffs and Counterdefendants
Rock and Roll Religion, Inc. and Defiance U.S.A., Inc.,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCK AND ROLL RELIGION, INC., a California corporation,<br><br>            Plaintiff/Counter-defendant,<br><br>      v.<br><br>CELS ENTERPRISES, INC. a New York corporation; ROBERT GOLDMAN, an individual<br><br>            Defendants/Counterclaimants | CASE NO.   CV09-5258 R (PLAx)<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| CELS ENTERPRISES, INC., a New York corporation; ROBERT GOLDMAN, an individual,<br><br>            Counterclaimants,<br><br>      v.<br><br>ROCK AND ROLL RELIGION, INC., a California corporation; DEFIANCE USA, INC., a California corporation; and DOES 1 through 10 inclusive,<br><br>            Counterdefendants. | |

PRINTED ON
RECYCLED PAPER

LA 9186440v1

Counsel for defendants and counterclaimants Robert Goldman and Cels Enterprises, Inc. and plaintiff and counterdefendant Rock and Roll Religion, Inc. and counterdefendant Defiance U.S.A., Inc., through their designated counsel of record, hereby stipulate that the Complaint and Counterclaim in the above-entitled action be and hereby are dismissed with prejudice in their entirety pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party shall bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

Respectfully submitted,

DATED:  January 8, 2013            JEFFER MANGELS BUTLER & MITCHELL LLP
                                   ROD S. BERMAN
                                   SUSAN ALLISON
                                   JESSICA C. BROMALL


                                   By: /S/ JESSICA C. BROMALL
                                           JESSICA C. BROMALL
                                   Attorneys for Defendants and
                                   Counterclaimants CELS ENTERPRISES,
                                   INC. and ROBERT GOLDMAN

DATED:  January 8, 2013            THE TAILLIEU LAW FIRM


                                   By: /S/ OLIVIER TAILLIEU
                                           OLIVIER TAILLIEU

                                   Attorney for Plaintiff and Counterdefendants
                                   ROCK AND ROLL RELIGION, INC. and
                                   DEFIANCE U.S.A., INC.

PRINTED ON RECYCLED PAPER

LA 9186440v1

- 1 -