JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCK AND ROLL RELIGION, INC., a California corporation, <br><br> Plaintiff/Counter-defendant, <br><br> v. <br><br> CELS ENTERPRISES, INC. a New York corporation; ROBERT GOLDMAN, an individual, <br><br> Defendants/Counterclaimants. <br><br><br> CELS ENTERPRISES, INC., a New York corporation; ROBERT GOLDMAN, an individual, <br><br> Counterclaimants, <br><br> v. <br><br> ROCK AND ROLL RELIGION, INC., a California corporation; DEFIANCE USA, INC., a California corporation; and DOES 1 through 10 inclusive, <br><br> Counter-defendants. | CASE NO. CV09-5258 R (PLAx) <br><br> **ORDER ON STIPULATION OF DISMISAL** <br><br> JUDGE:   Hon. Manuel L. Real |

**ORDER**

Based on the Stipulation for Voluntary Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) filed by and between counterclaimants Robert Goldman and Cels Enterprises, Inc. and plaintiff and counterdefendant Rock and Roll Religion, Inc. and counterdefendant Defiance U.S.A., Inc., through their designated counsel of record, it is hereby ordered that the Complaint and Counterclaim in the above-entitled action be dismissed with prejudice in their entirety pursuant to Fed. R. Civ. P.41(a)(1)(A)(ii).  There shall be no award to any of the parties of costs, attorneys' fees, and/or other litigation expenses.

**IT IS SO ORDERED.**

Dated:  January 10, 2013          By: _____

HONORABLE MANUEL L. REAL
JUDGE OF THE UNITED STATES DISTRICT
COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

Respectfully Submitted on January 8, 2013:

The Taillieu Law Firm
OLIVIER A. TAILLIEU


By:  */s/ Olivier A. Taillieu*
      OLIVIER A. TAILLIEU
Attorney for Plaintiff and Counter-Defendants
ROCK AND ROLL RELIGION, INC. and
DEFIANCE USA, INC.